JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MCNEAL, an individual, | Case No.: 2:20-cv-07761-DSF-MRW |
| Plaintiff, | *Hon. Dale S. Fischer* |
| v. | |
| LUZ ARIAS, an individual; ENRIQUE D. ARIAS, an individual; and DOES 1-10, | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | Action Filed: August 26, 2020<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ramon McNeal's action against Defendants Luz Arias and Enrique Arias is dismissed without prejudice. Each party will be responsible for its own fees and costs.

IT IS SO ORDERED.

DATED: May 4, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE